THIS OPINION 
 HAS NO PREDCEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE 
 STATE OF SOUTH CAROLINA
 In The Court of Appeals
The 
 State, Respondent,
v.
James 
 Knowlin, Appellant.

Appeal 
 From Georgetown County
 Paula H. Thomas, Circuit Court 
 Judge

Unpublished 
 Opinion No. 2004-UP-305
 Submitted February 20, 2004 
  Filed May 6, 2004

APPEAL 
 DISMISSED

 
 
 
Assistant 
 Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, 
 for Appellant.
Attorney General 
 Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Charles H. Richardson, all of Columbia; and Solicitor 
 J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  James 
 Knowlin was convicted of second-degree criminal sexual assault with a minor 
 and sentenced to twenty years imprisonment.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Knowlins counsel attached a petition to be relieved.  
 Knowlin filed a pro se response.
After 
 review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 Knowlins appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concurring
 

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.